UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FREDERICK F. BELT, II,

        Plaintiff,                      Case No. 1:06-CV-672

v                                          Hon. Robert Holmes Bell

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
_____/

**ORDER**

        Pending before the court is the defendant's Motion for Leave to File Answer and the Administrative Transcript (docket no.6).  Upon due consideration, the motion is GRANTED. The Clerk of the Court is directed to reopen the case and accept for filing the answer and administrative transcript.

        IT IS SO ORDERED.

Dated:  February 21, 2008                    /s/ Hugh W. Brenneman, Jr.
                                                          HUGH W. BRENNEMAN, JR.
                                                          United States Magistrate Judge