UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FREDERICK F. BELT, II,

    Plaintiff,

File no: 1:06-CV-672

v.

HON. ROBERT HOLMES BELL

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
    _____/

## ORDER APPROVING MAGISTRATE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

NOW THEREFORE, the Report and Recommendation is hereby adopted as the opinion of the Court.

THEREFORE, IT IS ORDERED that:

The decision of the Commissioner of Social Security is hereby **REVERSED and REMANDED** pursuant to sentence four of 42 U.S.C. §405(g). On remand, the Commissioner should re-evaluate (1) Dr. Williamson's April 4, 2005 opinion, and (2) whether plaintiff meets the requirements of Listing 12.05C.

Date:   March 20, 2009         /s/ Robert Holmes Bell
                                                      ROBERT HOLMES BELL
                                                     UNITED STATES DISTRICT JUDGE